# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | INDICTMENT No. 3:21-CR-000039-18 |
| **v.** ) | |
| ) | |
| **TANYA ALDANA,** ) | HON. TILMAN SELF |
| ) | U.S. DISTRICT COURT JUDGE |
| **Defendant.** ) | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL

Before the Court is Defendant Tanya Aldana's Motion to Continue [Doc. 548] trial that is currently set to begin on January 25, 2024. On March 29, 2023, the Court declared the above-captioned case complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). [Doc. 443]. According to Defendant's motion, her attorney is "unavailable to appear" at the scheduled trial date because he is lead counsel on a lengthy criminal trial in the Superior Court of Fulton County, Georgia. [Doc. 548, pp. 1–2 ¶¶ 2–4]. Defendant further states that the Government does not oppose a continuance. [*Id.* at p. 2 ¶ 6].

Therefore, the Court finds that "the ends of justice served by" granting this continuance "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance "would be likely to make a continuation of such proceeding impossible[] or result in a miscarriage of justice." *Id.* at § 3161(h)(7)(B)(i). Accordingly, the Court **GRANTS** Defendant's Motion

to Continue [Doc. 548] and **CONTINUES** trial to *April 22, 2024*, as to Defendant Tanya Aldana. The delay occasioned by this continuance shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(i).

    **SO ORDERED**, this 4th day of January, 2024.

                                             S/ Tilman E. Self, III
                                             **TILMAN E. SELF, III, JUDGE**
                                             **UNITED STATES DISTRICT COURT**